# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Michele Draves,

                Plaintiff,                             Civil 05-1162 (PAM/JSM)

v.

                                                   **ORDER OF DISMISSAL**

Torgerson Preoperties Inc.,
*dba Green Mill Restaurant Shoreview*

                Defendants.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court

reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action,

for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: May  _22_ , 2006

                                     s/Paul A. Magnuson_____

                                     Paul A. Magnuson

                                     United States District Court Judge